# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00847-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is Plaintiff's stipulated request to extend the deadline to file a motion for summary judgment from October 14, 2025, through and including December 15, 2025. (Doc. 11).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **December 15, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:　**October 1, 2025**　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE