UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALES,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:25-cv-00847-KES-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

Pending before the Court is Plaintiff's second stipulated request to extend the deadline to file a motion for summary judgment, from December 15, 2025, through and including December 19, 2025. (Doc. 14).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **December 19, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:   **December 11, 2025**                                      _____
                                                                                           UNITED STATES MAGISTRATE JUDGE