UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALES,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:25-cv-00847-KES-CDB (SS)<br><br>ORDER ON THIRD STIPULATED REUEST EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 18)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Docs. 16, 17) |

      Pending before the Court is Plaintiff's third stipulated request to extend the deadline to file a motion for summary judgment, from December 19, 2025, through and including December 26, 2025. (Doc. 18).

      Prior to filing the stipulation, Plaintiff filed a motion and amended motion for extension of time wherein she seeks the same relief. (Docs. 16, 17). In support of the request, the parties represent that Plaintiff's counsel Dolly M. Trompeter experienced an unforeseen family emergency, requiring her to accompany her elderly mother to cardiac testing at the University of California, San Francisco, due to the previously scheduled caretaker being unable to attend and her mother requiring a companion for medical appointments. (Doc. 18 at 2). Counsel filed a supporting declaration to the amended motion setting forth the same. (Doc. 17-1).

///

**Conclusion and Order**

For good cause shown by the parties' stipulated representations and counsel for Plaintiff's declaration, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **December 29, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

And it is FURTHER ORDERED that Plaintiff's motion and amended motion for extension of time (Docs. 16, 17) are DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 22, 2025**

UNITED STATES MAGISTRATE JUDGE

2