UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00847-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 22) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from January 28, 2026, through and including March 19, 2026. (Doc. 22).

In support, the parties represent that counsel for Defendant has received "many additional cases requiring answers and briefing" due to "staffing reductions and organizational changes" and will be out of office for jury duty in early February, as well as on leave from March 6 to March 13, 2026. *See id.*

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **March 19, 2026**; and

///

2.  Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **January 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2