**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS SALES, | Case No. 1:25-cv-0847 KES CDB |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JESUS SALES AND AGAINST DEFENDANT FRANK BISGNANO, COMMISSIONER OF SOCIAL SECURITY, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT |
| Defendant. | |
| | Docs. 20, 25. |

Jesus Sales and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. 25.  Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision."  *Id.* at 1.  The parties also stipulated that judgment should be entered in favor of Plaintiff and against the Commissioner.  *Id.* at 2.

Based upon the terms of the stipulation, the Court **ORDERS**:

1.      Plaintiff's motion for summary judgment (Doc. 20) is terminated as **MOOT**.

1

2.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3.    The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Jesus Salas and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:    March 18, 2026

_____
UNITED STATES DISTRICT JUDGE

2