# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALES, | Case No. 1:25-cv-0847 KES CDB |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | Doc. 28 |
| Defendant. | |

Rogelio Ornelas and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,000.00 pursuant to the Equal Access to Justice Act. Doc. 28 at 1-2. Accordingly, the Court ORDERS: Subject to the terms of the parties' stipulation, Plaintiff is AWARDED fees and expenses in the amount of $9,000.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:    June 18, 2026

_____
UNITED STATES DISTRICT JUDGE

1